IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN GEORGE FUNK,<br><br>Defendant. | CR 22-121-BLG-SPW<br><br><br>ORDER |

Pending before the Court is the United States' Motion to Dismiss the Indictment Without Prejudice (Doc. 33).   For good cause being shown,

IT IS HEREBY ORDERED that the motion to dismiss of the indictment without prejudice is GRANTED.

IT IS ORDERED that the indictment is dismissed without prejudice. The trial date of July 17, 2023 is VACATED.

DATED this 7th day of July, 2023.

SUSAN P. WATTERS
United States District Judge

1